JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cameron Davis,<br><br>        Plaintiff,<br><br>    v.<br><br>BMW of North America, et al.,<br><br>        Defendant(s).<br>_____ | EDCV 11-01691 JVS (VBKx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   August 13, 2012

_____
James V. Selna
United States District Judge